ACCEPTED
04-14-00821-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/3/2015 5:41:49 PM
KEITH HOTTLE
CLERK

CAUSE NO. 04-14-00821-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/3/2015 5:41:49 PM
KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS
FOR THE FOURTH JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

**CITY OF CARRIZO SPRINGS AND ADRIAN DELEON, INDIVIDUALLY AND AS MAYOR OF THE CITY OF CARRIZO SPRINGS,**

*Appellants*

v.

**ISABEL CUMPIAN, BILL MARTIN AND ALFREDO Z. PADILLA, INDIVIDUALLY AND ON BEHALF OF THE CARRIZO SPRINGS HOUSING AUTHORITY**

*Appellees*.

On appeal from Cause 14-09-12375-DCV AJA
In the 365[rd] Judicial District Court
Of Dimmit County, Texas

**APPELLANTS' ADVISORY TO THE COURT**

TO THE HONORABLE CLERK AND JUSTICES OF THE FOURTH COURT OF APPEALS:

COMES NOW APPELLANTS, CITY OF CARRIZO SPRINGS AND ADRIAN DELEON, INDIVIDUALLY AND AS MAYOR OF THE CITY OF CARRIZO SPRINGS, TEXAS, by and through their undersigned counsel of

record and, in accordance with the Texas Rules of Appellate Procedure, files this, their Advisory to the Court. For cause of action, Appellants would show unto the Court the following:

**I.**

On January 26, 2015, the Court granted the Parties' Motion to Abate and directed the Appellants to file a status report on or before February 10, 2015. Consistent with that Order, Appellants report that the Parties retained the Honorable Rene Diaz as mediator and conducted a full-day mediation on February 6, 2015. The Parties entered into a preliminary written agreement voluntarily compromising all pending trial court and appellate claims by and between all Parties of record.

Both governmental entities have formally approved the written mediation agreement and the dispute is considered resolved. The Appellant respectfully withdraws its appeal.

WHEREFORE, PREMISES CONSIDERED, APPELLANTS, CITY OF CARRIZO SPRINGS AND ADRIAN DELEON, INDIVIDUALLY AND AS MAYOR OF THE CITY OF CARRIZO respectfully pray that the Court take notice of their Advisory to the Court and grant them further relief, either at law or in equity, to which they may be justly entitled.

Respectfully submitted,

SÁNCHEZ & WILSON, P.L.L.C.
MARK ANTHONY SÁNCHEZ, ESQ.
ALBERT ESCOBEDO TOVAR, ESQ.
115 East Travis, 19th Floor
San Antonio, Texas 78205
(210) 222-8899
(210) 222-9526 (Telecopier)

By: /s/ Mark Anthony Sánchez
  MARK ANTHONY SÁNCHEZ, ESQ.
  TEXAS BAR NO. 00795857
  ALBERT ESCOBEDO TOVAR, ESQ.
  TEXAS BAR NO. 24013648

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Appellants' Advisory to the Court has been delivered *via* E-File Notification, on this the 3rd day of March 2015, to Jose Garza, Esq., Texas Rio Grande Legal Aid, 1111 North Main Avenue, San Antonio, Texas 78212-4713; Roberto Maldonado, Esq., Bobby Maldonado, P.C., 924 McCullough Avenue, San Antonio, Texas 78215-1642; and *via* hand delivery to Honorable Rene Diaz, The Diaz Law Firm, PLLC, 115 East Travis, Suite 333, San Antonio, Texas 78205.

/s/ Mark Anthony Sánchez
MARK ANTHONY SÁNCHEZ, ESQ.